## CHAVIS *v.* REED.

### (November Term, 1863.)

1. ABSTRACTS *must be filed.* A cause will not be heard in the Supreme Court unless an abstract of the record is filed.

2. SAME—*rights of defendant if plaintiff fails to file abstract.* If the plaintiff in error omits to file an abstract of the record, the defendant may file an abstract and prepare the cause for hearing *ex parte;* or, on the second calling of the cause, the defendant may have the cause continued or dismissed, at the discretion of the court.

UPON the second calling of this cause, Mr. W. H. GREEN, on behalf of the defendant in error, suggested to the court that the plaintiff in error had failed to file an abstract of the record, yet he desired to have the cause heard without abstracts.

Per Curiam: We cannot, under the rules of the court,* hear a cause unless an abstract is filed. The plaintiff having neglected to comply with the rule on that subject, the opposite party may file the abstract and prepare the cause for hearing *ex parte;*† or, this being the second calling of the cause, the defendant in error may have the cause either continued or dismissed, at the discretion of the court.‡